UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, a student by and through her parents, JOHN & MARY DOE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| SUMNER COUNTY BOARD OF EDUCATION d/b/a SUMNER COUNTY SCHOOLS, | ) ) ) ) |
| Defendant. | ) ) |

No. 3:19-cv-01172

## ORDER

The parties have filed a Joint Stipulation of Dismissal with Prejudice (Doc. No. 62). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file. Any pending Motions are **DENIED** as **MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE